IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIMPTON HOTEL AND RESTAURANT GROUP INC.,

Plaintiff,

v.

ST. TROPEZ-HOMES FOR AMERICA HOLDINGS, LLC,

Defendant.

No. C 06-01836 WHA

**NOTICE AND ORDER RE STATUS OF ATTORNEY AZRIELI**

The Court has taken notice that one of the attorney's listed as plaintiff's counsel of record, Avraham Azrieli, is not admitted to practice in California, nor has he applied to this Court for admission *pro hac vice*. Mr. Azrieli is hereby given until **APRIL 4, 2006 AT NOON** to apply for *pro hac vice* status otherwise he will not be permitted to serve as plaintiff's counsel in this action.

**IT IS SO ORDERED.**

Dated: March 22, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE