UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kimpton Hotel & Restaurant Group, Inc., a California corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>St. Tropez – Homes For America Holdings, L.L.C., a Florida limited liability company formerly doing business as Riviera HFAH, L.L.C., a Florida limited liability company; Homes for America Holdings, Inc., a Nevada corporation,<br><br>      Defendants. | No. C06-1836 WHA<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

  Avraham Azrieli, an active member in good standing of the bar of Arizona whose business address and telephone number is:

    AZRIELI & ASSOCIATES, LLC
    7150 East Camelback Road, Suite 444
    Scottsdale, Arizona 85251
    (480) 477-8048

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff Kimpton Hotel & Restaurant Group, Inc.,

  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this

///

///

(~~PROPOSED~~) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

1  action are subject to the requirements contained in General Order No. 45, *Electronic*
2  *Case Filing*.
3
4  Dated: April 11, 2006 _____, 2006

APPROVED
Judge William Alsup

6  _____
7  Hon. William H. Alsup
   United States District Court Judge

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
- 2 -