~~Exhibit B~~
STIPULATION AND JOINT MOTION FOR DISMISSAL
OF PROCEEDING WITH~~OUT~~ PREJUDICE

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Kimpton Hotel and Restaurant Group Inc. *a California corporation*, <br><br> Plaintiff <br><br> v. <br><br> St. Tropez - Homes for America Holdings, LLC, *a Florida limited liability company,* and <br> HFAH-Monaco LLC, a Florida limited liability company; and <br> Homes for America Holdings, LLC., *a Florida limited liability company;* and <br> Homes for America Holdings, Inc. *a Nevada corporation* <br> Defendants. | Civil Action No. C 06 1836 (WHA) <br><br><br> STIPULATION OF AND JOINT MOTION FOR DISMISSAL OF PROCEEDING WITH PREJUDICE |

The parties, by their undersigned attorneys, hereby stipulate and agree that the subject Proceeding be dismissed with prejudice, and with each party to bear its own costs and expenses.

10

HOMES FOR AMERICA HOLDINGS, LLC
HOMES FOR AMERICA HOLDINGS, INC.
ST. TROPEZ - HOMES FOR AMERICA HOLDINGS, LLC, and
HFAH-MONACO LLC.


Dated: 5/23/2006
By: *[signature]*
Jeffrey R. Joseph
KENYON & KENYON
333 W. San Carlos St., Ste. 600
San Jose, CA 95110
Tel. 408.975.750
Attorneys for Defendants


KIMPTON HOTEL AND RESTAURANT
GROUP, INC.


Dated: 5-22-06
By: *[signature]*
Avraham Azrieli
AZRIELI & ASSOCIATES
7150 East Camelback Road, Suite 444
Scottsdale, Arizona 85251
Attorney for Plaintiff

SO ORDERED this 24th day of May 2006:

_____
Hon.

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge William Alsup]*

11